NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1078


MONSANTO COMPANY
and MONSANTO TECHNOLOGY LLC,

Plaintiffs-Appellees,

v.

LOREN DAVID,

Defendant-Appellant.


Gregory H. Lantier, Wilmer Cutler Pickering Hale and Dorr LLP, of Washington, DC, argued for plaintiffs-appellees. With him on the brief were Paul R.Q. Wolfson, Seth P. Waxman, and Shirley Cassin Woodward. Of counsel was Joseph C. Orlet, Husch Blackwell Sanders LLP, of St. Louis, Missouri.

Bruce E. Johnson, Cutler Law Firm, P.C., of West Des Moines, Iowa, argued for defendant-appellant.

Appealed from: United States District Court for the Eastern District of Missouri

Judge Henry E. Autrey

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1078

MONSANTO COMPANY
and MONSANTO TECHNOLOGY LLC,

Plaintiffs-Appellees,

v.

LOREN DAVID,

Defendant-Appellant.

# Judgment

ON APPEAL from the    United States District Court for the
Eastern District of Missouri

in CASE NO(S).    4:04-CV-425

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, LINN and MOORE, Circuit Judges).

AFFIRMED. See Fed.Cir.R.36.

ENTERED BY ORDER OF THE COURT

DATED October 14, 2009    /s/ Jan Horbaly
Jan Horbaly, Clerk